758 A.2d 154

IN THE MATTER OF LOUIS N. CAGGIANO, JR., AN ATTORNEY AT LAW.

September 12, 2000.

### ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **LOUIS N. CAGGIANO, JR.,** of **MT. LAUREL,** who was admitted to the bar of this State in 1981, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to keep client reasonably informed about the status of matter and to comply promptly with reasonable requests for

information), *RPC* 1.4(b) (failure to explain matter to extent reasonably necessary to permit client to make informed decision regarding the representation), and *RPC* 8.4(c) (misrepresentation), and good cause appearing;

It is ORDERED that **LOUIS N. CAGGIANO, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.